1
2
3
4
5
6
7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

10

| | |
|---|---|
| 11   MICHAEL XAIYAMOONGKHOON, | Case No. C 12-05313 SBA |
| 12          Plaintiff, | **ORDER RE: STIPULATION FOR DISMISSAL OF U.S. BANCORP LONG TERM DISABILITY PLAN ONLY** |
| 13   v. | |
| 14   HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and U.S. BANCORP LONG TERM DISABILITY PLAN, | |
| 15 | |
| 16          Defendants. | |
| 17 | |

18

19    Based on the Stipulation of the parties for dismissal without prejudice of

20 Defendant U.S. Bancorp Long Term Disability Plan ("the Plan"), and good cause

21 appearing therefor,

22 \\

23 \\

24 \\

25 \\

26 \\

27 \\

28 \\

1   IT IS HEREBY ORDERED that the Plan only shall be dismissed from this
2 lawsuit, under the terms and conditions of the accompanying Stipulation, without
3 prejudice, and each party to bear its own costs and attorneys' fees.  The action shall
4 proceed solely against Hartford Life and Accident Insurance Company.

7   DATED:  _1/23/13    _____/s/ Saundra B. Armstrong_____
8                       HON. SAUNDRA B. ARMSTRONG
                        UNITED STATES DISTRICT JUDGE

LA #4844-6338-1010 v1             - 2 -              CASE NO. C 12-05313 SBA
                                          (PROPOSED) ORDER RE: STIPULATION FOR
                                                                    DISMISSAL