UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| MICHAEL XAIYAMOONGKHOON,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and U.S. BANCORP LONG TERM DISABILITY PLAN,<br><br>Defendant. | Case No. C 12-05313 SBA<br><br>**ORDER TO DISMISS ACTION WITH PREJUDICE** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed with prejudice against all parties. Each party is to bear their own costs and attorneys' fees.

DATED:  _6/10/13                    _____
                                    HON. SAUNDRA B. ARMSTRONG
                                    UNITED STATES DISTRICT JUDGE